# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NORMAN KEITH FLOWERS,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 2:16-cv-01304-APG-GWF

**ORDER**

    Petitioner has filed an application to proceed in forma pauperis (ECF No. 1), a motion for the appointment of counsel (ECF No. 2), and a request for evidentiary hearing (ECF No. 3). However, petitioner has not filed a petition for a writ of habeas corpus. He will need to correct this omission.

    IT IS FURTHER ORDERED that the clerk of the court shall send petitioner a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions. Petitioner shall have thirty (30) days from the date that this order is entered in which to file a petition. Neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2244(d)(1) and timely asserting claims. Failure to comply with this order will result in the dismissal of this action.

///

///

///

1   IT IS THEREFORE ORDERED that petitioner shall place the case number, 2:16-cv-01304-APG-GWF, above the word "AMENDED."

DATED: July 8, 2016.

_____
ANDREW P. GORDON
United States District Judge