# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NORMAN KEITH FLOWERS,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 2:16-cv-01304-APG-GWF

**ORDER**

Petitioner having filed an amended motion for enlargement of time (ECF No. 7), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's amended motion for enlargement of time (ECF No. 7) is **GRANTED**. Petitioner will have through December 12, 2016, to file a petition for a writ of habeas corpus.

DATED: October 24, 2016.

_____
ANDREW P. GORDON
United States District Judge