# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NORMAN KEITH FLOWERS,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 2:16-cv-01304-APG-GWF

**ORDER**

    Petitioner having filed an unopposed motion for extension of time to file amended petition for writ of habeas corpus (first request) (ECF No. 13), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioners' unopposed motion for extension of time to file amended petition for writ of habeas corpus (first request) (ECF No. 13) is **GRANTED**. Petitioner will have through June 12, 2017, to file and serve an amended petition for a writ of habeas corpus.

    DATED: April 5, 2017.

                                                          ANDREW P. GORDON
                                                          United States District Judge