# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NORMAN KEITH FLOWERS,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 2:16-cv-01304-APG-GWF

**ORDER**

Before the court are petitioner's motion for stay of proceedings pending resolution of state court matter (ECF No. 15) and petitioner's motion for extension of time to file amended petition pending resolution of state court matter (ECF No. 16). Good cause appearing, the court grants these motions.

IT IS THEREFORE ORDERED that petitioner's motion for stay of proceedings pending resolution of state court matter (ECF No. 15) and petitioner's motion for extension of time to file amended petition pending resolution of state court matter (ECF No. 16) are **GRANTED**.

IT IS FURTHER ORDERED that this action is **STAYED** pending conclusion of petitioner's post-conviction proceedings in the state courts. Petitioner shall return to this court with a motion to reopen within forty-five (45) days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court proceedings. Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

IT FURTHER IS ORDERED that the clerk of court shall administratively close this action until such time as the court grants a motion to reopen the action.

Dated: June 16, 2017.

_____
ANDREW P. GORDON
United States District Judge