# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Norman Keith Flowers,<br><br>　　　　Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>　　　　Respondents. | Case No.: 2:16-cv-01304-APG-GWF<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 28] |

　　　Petitioner has filed an unopposed motion for extension of time (second request) (ECF No. 28), asking for additional time to file a first amended petition.  I find good cause exists to grant the motion.

　　　IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 28) is **GRANTED**.  Petitioner will have up to and including February 1, 2021, to file a first amended petition.

　　　DATED this November 2, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE